| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. opp. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROBERTS, RICHARD W | U.S. DISTRICT COURT. D.D.C. | 07/26/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE, ACTIVE | ☐ Nomination. Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. DISTRICT COURT 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ▉▉▉▉▉▉▉▉ | ▉▉▉▉▉▉ |
| 2. EXECUTOR | ESTATE #1 (CLOSED 2005) |
| 3. POWER OF ATTORNEY | WACHOVIA ACCOUNTS 1+2 |
| 4. CO-PERSONAL REPRESENTATIVE | ESTATE #2 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED AUG 8 10 57 AM '06 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 07/26/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours. not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | ■■■■ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ■■■■■■■ | FEBRUARY 10-12. MAY 5-6.21-22.AUGUST 10. OCTOBER 6-8:■■■■ ■■■■■ (TRANSPORTATION. MEALS & LODGING PROVIDED) |
| 2. | HARVARD AW SCHOOL | SEPTEMBER 19-23: CAMBRIDGE. MA. GUEST FACULTY FOR WORKSHOP (TRANSPORTATION. SOME MEALS. OTHER MEALS & LODGING PROVIDED) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 07/26/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 07/26/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JUSTICE FEDERAL CREDIT UNION ACCOUNTS | C | Interest | M | T | NONE | | | | |
| 2. CHASE MANHATTAN BANK ACCOUNTS | C | Interest | M | T | NONE | | | | |
| 3. CITIBANK ACCOUNTS | D | Interest | O | T | NONE | | | | |
| 4. DELHAZE AMERICA COMMON STOCK | A | Dividend | J | T | NONE | | | | |
| 5. SMALL CLAIMS JUDGEMENT AGAINST JOHN BOWEN | | None | J | T | NONE | | | | |
| 6. SUNTRUST BANK (IRA) (2CDS) | A | Interest | J | T | NONE | | | | |
| 7. SALOMON SMITH BARNEY (IRA) (TREASURY COUPON BOND) | | None | K | T | RENEW | 09/13 | | | |
| 8. CIGNA R&I SERVICES KEOGH: TEMP. FOREIGN FND | D | Interest | K | T | NONE | | | | |
| 9. CIGNA R&I SERVICES KEOGH: AMER. CENTURY | C | Interest | K | T | NONE | | | | |
| 10. CIGNA R&I SERVICES KEOGH: FIDELITY CONTRAFUND | E | Interest | M | T | NONE | | | | |
| 11. CIGNA R&I SERVICES KEOGH: CIGNA GUAR. INCOME FUND | B | Interest | L | T | NONE | | | | |
| 12. CIGNA R&I SERVICES KEOGH: FIDELITY GROWTH & INCOME | D | Interest | L | T | NONE | | | | |
| 13. CIGNA R&I SERVICES INV. SMALL CAP | D | Interest | K | T | NONE | | | | |
| 14. CIGNA R&I SVCS. 401(K) (IRA) FIDELITY GROWTH & INCOME | C | Interest | K | T | NONE | | | | |
| 15. CIGNA R&I SERVICES 401(K) (IRA): FIDELITY CONTRAFUND | D | Interest | L | T | NONE | | | | |
| 16. CIGNA R&I SERVICES 401(K) (IRA): GROWTH INV SM COMP | D | Interest | K | T | NONE | | | | |
| 17. CIGNA R&I 401(K) (IRA): PIMCO | A | None | K | T | NONE | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 07/26/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CHARLES SCHWAB ▉▉▉ ESPP) | B | Dividend | L | T | NONE | | | | |
| 19. ▉▉▉ 401(K) | C | Dividend | M | T | NONE | | | | |
| 20. ALLIANCE BERNSTEIN CAPITAL RESERVES | A | Dividend | K | T | NONE | | | | |
| 21. WACHOVIA ACCOUNT | A | Interest | J | T | NONE | | | | |
| 22. CIGNA R&I SERVICES 401(K) (IRA) TEMPLETON FOR. | A | Interest | J | T | NONE | | | | |
| 23. FIDELITY INVESTMENTS ▉▉▉ ESPP) | A | Dividend | J | T | NONE | | | | |
| 24. VCSP COLLEGE AMERICA | D | Dividend | M | T | NONE | | | | |
| 25. NUVEEN PFD STOCK | A | Dividend | J | T | NONE | | | | |
| 26. ESTATE #1. PROPERTY #2. JAMAICA, N.Y. | | None | | | SELL | 01/12 | N | | |
| 27. ESTATE #1. PROPERTY #3. COLUMBIA, S.C. | | None | K | W | NONE | | | | |
| 28. ESTATE #1. CITIBANK A/C | C | Interest | | | DISTRIBUTION | 09/26 | N | | |
| 29. ESTATE #1. COPYRIGHT | A | Royalty | J | W | NONE | | | | |
| 30. ESTATE #1. PHOTO NEGATIVES | | None | K | W | NONE | | | | |
| 31. WACHOVIA ACCOUNT #1 (POA) | A | Interest | K | T | NONE | | | | |
| 32. WACHOVIA ACCOUNT #2 (POA) | A | Interest | K | T | NONE | | | | |
| 33. AIG ANNUITY (POA) | A | Interest | L | T | DISTRIBUTION | 10/15 | K | | |
| 34. ESTATE #2. PROPERTY #1 WASHINGTON, D.C. | | None | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 07/26/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ESTATE #2. PROPERTY #2 COLUMBIA, SC | | None | K | W | | | | | |
| 36. ESTATE #2. COPYRIGHT | A | Royalty | J | W | | | | | |
| 37. ESTATE #2. PHOTO NEGATIVES | | None | K | W | | | | | |
| 38. ▇▇▇ EMPLOYEE STOCK OPTIONS | | None | M | W | GRANT | 02/08 | J | | |
| 39. SPRINT RESTRICTED STOCK | | None | O | W | GRANT | 02/08 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,000 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 07/26/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. (3) ACCOUNTS OF DECEASED INDIVIDUAL LISTED AT I (3) OF 2004 REPORT ARE BELIEVED TO BE STILL OPEN AND NOW HELD SOLELY BY SURVIVING JOINT TENTANT (SIBLING OF DECEASED)

I. (4) APPOINTED IN 2006. ESTATE PROPERTIES ARE REPORTED FROM APPOINTMENT TO DATE IN PART VII.

VII. (26-33) THESE ASSETS WERE REPORTED IN A DECEMBER 8. 2005 SUPPLEMENT TO THE 2004 REPORT. THE DATE AIG DISTRIBUTED THE ANNUITY PROCEEDS TO THE DESIGNATED BENEFICIARY IS UNKNOWN (ITEM #33)

VII. (38) THIS INVESTMENT REFLECTS STOCK OPTIONS THAT WERE GRANTED IN FEBRUARY 2005 AND THE TOTAL ESTIMATED VALUE OF ALL STOCK OPTIONS OWNED AS OF DECEMBER 31, 2005.

VII. (39) THIS INVESTMENT REFLECTS RESTRICTED STOCK THAT WAS GRANTED IN FEBRUARY 2005 AND THE TOTAL ESTIMATED VALUE OF ALL RESTRICTED STOCK OWNED AS OF DECEMBER 31, 2005.

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 07/26/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date__ 8/4/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544